# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VANCE KEITH WILSON

NO. 2021 KW 0167

**FEBRUARY 24, 2021**

---

In Re:    Vance Keith Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 3284-F-2020 & 3285-M-2020.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT